# UNITED STATES DISTRICT COURT

for the
_____ District of _____

_____ Division

RECEIVED
IN MONROE, LA.
SEP 1 9 2022
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

_Charles Ray Robertson_
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

_See Attached_
Defendant(s)
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. _3:22cv5277_
(to be filled in by the Clerk's Office)

Jury Trial: (check one)  [ ] Yes  [ ] No

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: _Charles Ray Robertson_
Street Address: _805 Winter St._
City and County: _Jackson Miss 39204_
State and Zip Code:
Telephone Number: _(318) 434-0093_
E-mail Address: _tony958900@gmail.com_

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
- Name: Baton Rouge Louisiana FBI Office
- Job or Title (if known):
- Street Address: 18134 East Petroleum Dr.
- City and County: Baton Rouge
- State and Zip Code: Louisiana 70809
- Telephone Number: (225) 291-5157
- E-mail Address (if known):

Defendant No. 2
- Name: Louisiana State Police Office
- Job or Title (if known):
- Street Address: PO box 66614 #A-4
- City and County: Baton Rouge
- State and Zip Code: Louisiana 70896
- Telephone Number: (225) 925-6325
- E-mail Address (if known):

Defendant No. 3
- Name: Tallulah Sherriff Department
- Job or Title (if known):
- Street Address: 100 N. Cedar Street
- City and County: Tallulah
- State and Zip Code: Louisiana 71282
- Telephone Number: (318) 574-1831
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*L.A R.S Title 13:5112    L.A R S Title 14:47*

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

      The plaintiff, *(name)* _Charles Ray Robertson_, is a citizen of the State of *(name)* _Louisiana_.

   b. If the plaintiff is a corporation

      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

      The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Defendant No. 1
- Name: Baton Rouge Louisiana FBI Office
- Job or Title (if known):
- Street Address: 18134 East Petroleum Dr.
- City and County: Baton Rouge
- State and Zip Code: Louisiana 70809
- Telephone Number: (225) 291-5157
- E-mail Address (if known):

Defendant No. 2
- Name: Louisiana State Police Office
- Job or Title (if known):
- Street Address: PO box 66614 #A-4
- City and County: Baton Rouge
- State and Zip Code: Louisiana 70896
- Telephone Number: (225) 925-6325
- E-mail Address (if known):

Defendant No. 3
- Name: Tallulah Sheriff Department
- Job or Title (if known):
- Street Address: 100 N. Cedar Street
- City and County: Tallulah
- State and Zip Code: Louisiana 71282
- Telephone Number: (318) 574-1831
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:

      b.    If the defendant is a corporation

The defendant, *(name)* ___See defendant Attachments___ is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

   3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

$100,000,000 - because defendants have defamed my character, caused me financial hardship and mentally caused me distress.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

See Attached Documents

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I, Charles Robertson, is asking the court, to compensate me in my losses and damages that occurred since Sept. 2002 to present for the amount of $100,000,000. for the "Second Degree Murder" charge that is on my FBI background Report. In which, I were never arrested or charged for, but yet having to prove to third parties otherwise, such as i.e. employment, housing, etc.

## Statement of claim

#1   **Defamation of Character**- publicized a wrong charge of "Second Degree Murder" in which I were never charged with.

#2   **Financial Hardship**- From the dates of September 2002 to Present, Employment Losses, Hard to maintain employment, have to receive government benefits to maintain and support my family.

#3   **Mental Distress**- Continuous worries of how to support my family without employment one day to the next with my FBI background record of "Second Degree Murder.

*Each Defendants is involved by entering incorrect entity entry into the database from September 2002- July 2022*

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 09-19-22

Signature of Plaintiff: *Charles Ray Robertson*
Printed Name of Plaintiff: Charles Ray Robertson

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____