**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

**CHARLES RAY ROBERTSON**                    **CASE NO.  3:22-CV-05277**

**VERSUS**                                                **JUDGE TERRY A. DOUGHTY**

**F.B.I. ET AL.**                                          **MAG. JUDGE KAYLA D. MCCLUSKY**

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge [Doc. No. 29] having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Louisiana State Police Office's ("LSPO") Rule 12(b) Motion to Dismiss [Doc. No. 19] is **GRANTED IN PART** and **DENIED IN PART as moot.**

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that to the extent that LPSO seeks dismissal for lack of subject matter jurisdiction, the motion is **GRANTED,** and the case is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

**IT IS FURTHER ORDERED** that LSPO's Motion otherwise is **DENIED as moot.**

**IT IS FURTHER ORDERED** that Madison Parish Sheriff's Office's Motion to Dismiss [Doc. No. 9] is **DENIED as moot.**

In Chambers, at Monroe, Louisiana, on this 15th day of February, 2023.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE